EVELYN JOHNSON v. WALTER JOHNSON.

June 13, 1985.

Petition for certification denied.

JOSEPH A. FALCONE, PASSAIC COUNTY PROSECUTOR v.
FREDERICK DE FURIA, MAYOR OF THE
TOWNSHIP OF LITTLE FALLS.

June 13, 1985.

Petition for certification granted. (See 199 *N.J.Super.* 549)

THOMAS F. HENNESSY, JR. v. DONALD J. SHUTELLO.

June 13, 1985.

Petition for certification denied.

LOLA HOROWITZ v. MICHAEL WEINGARTEN.

June 13, 1985.

Petition for certification denied.